**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Veronica Cruz, Esq. (SBN: 318648)
veronica@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

**HYDE & SWIGART**
Joshua Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

*Attorneys for Plaintiff,*
Adrian Chavez

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN CHAVEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | Case No.: 3:18-cv-00372-MMA-BGS<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS; AND DISMISS DEFENDANT'S COUNTERCLAIM WITH PREJUDICE** |

//
//
//
//

---

JOINT MOTION TO DISMISS ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Adrian Chavez ("Plaintiff") and Defendant Navy Federal Credit Union ("Defendant"), hereby jointly move for dismissal of the above-captioned action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class. In addition, the parties jointly move to dismiss Defendant's Counterclaim with prejudice. Each party shall bear its own fees and costs.

Dated: June 5, 2018  **KAZEROUNI LAW GROUP, APC**

By: */s/ Mona Amini*
Mona Amini
Attorney for Plaintiff

Dated:  June 5, 2018  **HUNTON ANDREWS KURTH LLP**

By: */s/ Jason J. Kim*
Jason J. Kim
Attorney for Defendant

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jason J. Kim, counsel for Defendant, and that I have obtained Mr. Kim's approval of his electronic signature to this document.

Dated: June 5, 2018  **KAZEROUNI LAW GROUP, APC**

By: */s/ Mona Amini*
Mona Amini
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is KAZEROUNI LAW GROUP, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On June 6, 2018, I served the within document(s):

**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 6, 2018 at Costa Mesa, California.

/s/ Mona Amini
Mona Amini, Esq.