UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN CHAVEZ, *Individually and on Behalf of all others Similarly Situated*,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>　　　　　　　　　　　Defendant.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>　　　　　　　　　　　Counter Claimant,<br><br>v.<br><br>ADRIAN CHAVEZ, *Individually and on Behalf of all others Similarly Situated*<br><br>　　　　　　　　　　　Counter Defendant. | Case No.: 18cv372-MMA (BGS)<br><br>**ORDER RE: JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIM AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS; AND DISMISS DEFENDANT'S COUNTERCLAIM WITH PREJUDICE**<br><br>[Doc. No. 13] |

On June 6, 2018, Plaintiff and Counter Defendant Adrian Chavez and Defendant and Counter Claimant Navy Federal Credit Union jointly filed a stipulation of dismissal of the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 13. Specifically, the parties stipulate to dismissal with prejudice as to Plaintiff's individual claims, dismissal without prejudice as to the claims of the putative

class, and dismissal with prejudice as to Defendant's counterclaim. *Id.* at 2. Accordingly, Plaintiff's individual claims and Defendant's counterclaim are **DISMISSED WITH PREJUDICE** and the claims of the putative class are **DISMISSED WITHOUT PREJUDICE**. Each party must bear its own attorneys' fees and costs. The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED**.

Dated: June 6, 2018

Hon. Michael M. Anello
United States District Judge